IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
[Greenbelt Division]

ISAIAH AYAFOR,           :
    Plaintiff,            :
    vs.                   :   Case No. 8:12-cv-02362-PWG
GLASSER and GLASSER, P.L.C., :
    Defendant.            :

### ORDER

UPON CONSIDERATION of the parties' Joint Motion to Vacate Settlement Order and Motion for Voluntary Dismissal, and the lack of Opposition thereto as a result of the parties' agreement to the same, it is this 13th day of February, 2013 by the United States District Court for the District of Maryland hereby,

ORDERED that the parties' joint motion is GRANTED; and it is further

ORDERED that the February 6, 2013 shall be VACATED, and it is further

ORDERED that all claims against Defendant, Glasser and Glasser, P.L.C., shall be voluntarily dismissal with prejudice, with the parties each bearing their own costs and fees.

_____
The Honorable Paul W. Grimm
United States District Court for
the District of Maryland

1

463821v.1
463923v.1